IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| OLD GUARD INSURANCE COMPANY, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> RIVERWAY PROPERTY MANAGEMENT,) <br> LLC, AARON ROSSI, MARK ROSSI, ) <br> DAVIE AND ASSOCIATES ) <br> DERMATOPATHOLOGY, P.A., and ) <br> REDITUS LABORATORIES, LLC, by and ) <br> through its Receiver, Adam P. Silverman, ) <br> Esq., ) <br> ) <br> Defendants. ) | No. 23-cv-01098 |

### MOTION FOR DEFAULT JUDGMENT AGAINST DEFENDANTS DAVIE AND ASSOCIATES DERMATOPATHOLOGY, P.A.

Plaintiff, Old Guard Insurance Company, ("Old Guard"), by and through its attorneys Esp Kreuzer Cores LLP, pursuant to Federal Rule of Civil Procedure 55(b)(2), for its motion for default judgment against Defendant, Davie and Associates Dermatopathology, P.A., ("DAAD"), states:

### BACKGROUND

Old Guard adopts the background section of the motion for default judgment that Old Guard filed against Defendants Riverway Property Management, LLC and Aaron Rossi, including citation to case law. ECF No. 34 at 1-2.

### THE UNDERLYING STATE LAWSUITS

Old Guard adopts the underlying state lawsuits section of the motion for default judgment that Old Guard filed against Defendants Riverway Property Management, LLC and Aaron Rossi. ECF No. 34 at 2-5.

THE DECLARATORY JUDGMENT SUIT

Old Guard adopts the declaratory judgment suit section of the motion for default judgment that Old Guard filed against Defendants Riverway Property Management, LLC and Aaron Rossi. ECF No. 34 at 6.

ARGUMENT

Old Guard adopts the argument section of the motion for default judgment that Old Guard filed against Defendants Riverway Property Management, LLC and Aaron Rossi, including all citation to case law. ECF No. 34 at 6 through 21.

WHEREFORE, Plaintiff, Old Guard Insurance Company, prays that this Honorable Court enter an order granting a default judgment against Defendant Davie and Associates Dermatopathology, P.A.

| | |
|---|---|
| ESP KREUZER CORES LLP<br>400 S. County Farm Road<br>Suite 200<br>Wheaton, Illinois 60187<br>(630) 871-1002; ARDC #6274517; our file 1.10242K<br>jbarger@ekclawfirm.com | RESPECTFULLY SUBMITTED,<br><br>_____<br>Jeffrey S. Barger |

VERIFICATION BY CERTIFICATION

Pursuant to 28 U.S. C. § 1746, the undersigned certifies under penalty of perjury that on February 12, 2024, I electronically filed the foregoing Motion for Default Judgment with the Clerk of the Court using the CM/ECF system. CM/ECF will send notification to all attorneys of record.

_____
Jeffrey S. Barger