Judgment in a Civil Case (02/11)

# UNITED STATES DISTRICT COURT
for the
Central District of Illinois

| | |
|---|---|
| **Old Guard Insurance Company,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| vs. | ) Case Number: 1:23-cv-01098-SLD-JEH |
| | ) |
| **Riverway Property Management, LLC,** | ) |
| **Aaron Rossi, Mark Rossi, Davie and** | ) |
| **Associates Dermatopathology, P.A.,** | ) |
| **Reditus Laboratories, LLC** | ) |
| **by and through its Receiver,** | ) |
| **Adam P. Silverman, Esq.** | ) |
| | ) |
| **Defendants.** | ) |

## JUDGMENT IN A CIVIL CASE

☐ **JURY VERDICT**.   This action came before the Court for a trial by jury.   The issues have been tried and the jury has rendered its verdict.

☒ **DECISION BY THE COURT**.   This action came before the Court, and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that the claims against Defendants Mark Rossi and Reditus Laboratories, LLC, are dismissed for lack of subject matter jurisdiction and that Plaintiff Old Guard Insurance Company has no duty to defend or indemnify Defendants Aaron Rossi or Riverway Property Management, LLC, in the underlying state-court lawsuits at issue in this case.

**Dated: 09/06/2024**

s/ Shig Yasunaga
Shig Yasunaga
Clerk, U.S. District Court\